## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Sheldon Schwartz and Kenneth L. Baritz, Esquire : | |
| : | |
| v. : | |
| : | |
| Philadelphia Zoning Board of Adjustment : | |
| : | |
| Sheldon Schwartz and Kenneth L. Baritz, Esquire : | |
| : | |
| v. : | |
| : | |
| Philadelphia Zoning Board of Adjustment : | |
| : | |
| Sheldon Schwartz and Kenneth L. Baritz, Esquire : | |
| : | |
| v. : | |
| : | |
| Philadelphia Zoning Board of Adjustment : | |
| : | |
| Paul Abeln : | |
| : | |
| v. : | |
| : | |
| Philadelphia Zoning Board of Adjustment : | |
| : | |
| Appeal of: Paul Abeln, Sheldon Schwartz, Rachel Lisitsa, Stephanie Burns, Elizabeth Clanaman and Jessica Nabitovsky : | No. 1334 C.D. 2014 |

# **O R D E R**

NOW, November 13, 2015, having considered appellants' application for reargument or for rehearing en banc, the application is denied.

_____
DAN PELLEGRINI,
President Judge